

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00088-CR

---

LUIS MUNOZ, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2020-421042, Honorable Douglas H. Freitag, Presiding

---

June 27, 2023

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Luis Munoz, appeals his conviction for aggravated robbery[1] and sentence to ninety-nine years' confinement. Now pending before the Court is the motion of Appellant's appointed counsel, Jennifer Ann Zarka, seeking to withdraw and requesting permission to substitute Christopher M. Perri as counsel. Because the trial court is responsible for appointing counsel to represent indigent defendants in criminal cases, as

---

[1] *See* TEX. PENAL CODE ANN. § 29.03.

well as relieving or replacing appointed counsel, we abate the appeal and remand the cause to the trial court to rule on Appellant's motion to substitute counsel. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051(d), 26.04(j)(2).

Upon remand, the trial court shall determine (1) whether Appellant still desires to prosecute the appeal; (2) whether Appellant has retained counsel to represent him in this appeal; (3) if so, whether Appellant remains indigent and entitled to appointed counsel; and (4) whether to dismiss appointed counsel. The trial court may also enter such orders necessary to address the aforementioned questions. The trial court's findings and any orders issued shall be included in a supplemental clerk's record to be filed with this Court by July 27, 2023.

All other appellate deadlines, including Appellant's pending briefing deadline, are suspended until further order of this Court.

It is so ordered.

Per Curiam